THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* LOUIS GAGLIONE, Appellant.

(Argued March 18, 1936; decided April 15, 1936.)

*John P. Judge* for appellant.

*Charles J. Ranney, District Attorney (Charles G. Maloy* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.